UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DARRYL BERGERON | CIVIL ACTION NO. 11-873-P |
| VERSUS | JUDGE HICKS |
| CADDO CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the undersigned Magistrate Judge for review, report and recommendation.

STATEMENT OF CLAIM

Before the court is a civil rights complaint filed in forma pauperis by pro se plaintiff Darryl Bergeron ("Plaintiff"), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this court on June 10, 2011.  It was closed on November 13, 2012 and re-opened on April 9, 2013.  Plaintiff claims his civil rights were violated during his incarceration at the Caddo Correctional Center in Shreveport, Louisiana and his criminal trial proceedings.  He names the Caddo Correctional Center as defendant.

Plaintiff was ordered on November 4, 2015,  to file, within 30 days of the service of the order, an amended complaint (Doc. 58).  To date, Plaintiff has not filed an amended complaint.

Accordingly;

IT IS RECOMMENDED that this complaint be DISMISSED WITHOUT PREJUDICE, sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal

Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket. See Link v. Wabash Railroad Company, 370 U.S. 626, 82 S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1983).

## OBJECTIONS

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party. See Douglas v. U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 5th day of January 2016.

Mark L. Hornsby
U.S. Magistrate Judge

Page 2 of 2